# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 15, 2005

128577

CRAIG MANSKE, TCC LAKE POINTE,
TIOA MASTER LIMITED PARTNERSHIP,
and WYNDHAM GARDEN HOTEL NOVI,
      Plaintiffs,

and

WOLVERINE V L.P.,
      Plaintiff-Appellee,

v

DEPARTMENT OF TREASURY,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128577
COA: 250565
Ct of Claims: 01-017936-MT

On order of the Court, the application for leave to appeal the March 17, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 15, 2005

_____
Clerk

11208